## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CAROL MULHERN, | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | No. 19-671 |
|  | : |  |
| FEDERAL RETIREMENT THRIFT INVESTMENT BOARD, MICHAEL KENNEDY, Managing Director; RON MCCRAY, Investor and Corp. Director; DAVID A. JONES, LLC, Independent Consult. Firm; WILLIAM JASIEN, CEO and Management Director; and RIVINDRA DEO, Exe. Director, | : : : : : : : : |  |
|  | : |  |
| Defendants, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| Movant. | : |  |

## ORDER

**AND NOW**, this  18th  day of March, 2019, upon consideration of  Defendants',

Federal Retirement Thrift Investment Board, Managing Director Michael Kennedy, Investor and

Corp. Director Ron McCray, David A. Jones, LLC, CEO William Jasien, and Executive Director

Rivindra Deo (collectively, "Defendants"),[1] Motion to Dismiss for Failure to State a Claim,

Plaintiff Carol Mulhern's Memorandum of Law in Opposition to Defendants' Motion to

Dismiss, Defendants' Reply Brief, and Plaintiff's Surreply, it is hereby **ORDERED** that

---

[1] As the individual Defendants are board members and Executive Director of the FRTIB, and are employees of the United States who were acting within the Scope of their employment at all times relevant to Mulhern's allegations, the United States is substituted as a matter of law pursuant to 28 U.S.C. § 2679(d)(1).

Defendants' Motion to Dismiss (Doc. No. 3) is **GRANTED** and Plaintiff's First Amended

Complaint is **DISMISSED WITH PREJUDICE**.

        **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case

**CLOSED**.


        BY THE COURT:


        /s/ Robert F. Kelly
        ROBERT F. KELLY
        SENIOR JUDGE